UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF THE TREASURY,<br><br>    Defendants. | Civil Action No. 24-1811 (JEB) |

## JOINT STATUS REPORT

Pursuant to this Court's November 8, 2024, Minute Order, Plaintiff Judicial Watch, Inc., and Defendant United States Department of the Treasury respectfully submit this Joint Status Report.  Plaintiff filed this suit on June 24, 2024, and Defendants answered on July 25, 2024.  ECF No. 6.  The parties filed a Joint Status Report on August 8, 2024, and report the following updates:

### STATUS OF PLAINTIFF'S FOIA REQUEST

Plaintiff submitted a FOIA request to Defendants on April 10, 2024, seeking "Any and all records of communications between the Committee on Foreign Investment in the United States (CFIUS) and the U.S. Department of Agriculture concerning, regarding, or relating to the purchase of U.S. agricultural real estate by foreign entities."

Treasury reports that it collected potentially responsive records through an expedited IT search.  That search uncovered potentially responsive records, which Treasury produced on a monthly basis providing its final responsive records on December 31, 2024.  Plaintiff is in the process of reviewing the records that Treasury produced.

The parties also report that they conferred regarding the scope of Plaintiff's request, and agreed that Treasury may treat as not responsive CFIUS case-specific materials.

The parties propose that they confer about the status of the case and submit another Joint Status Report in approximately ninety days, on May 6, 2025, to update the Court on the status of Plaintiff's FOIA Request.

Dated: February 5, 2025

|  |  |
|---|---|
| */s/ Ramona R. Cotca* | Respectfully submitted, |
| Ramona R. Cotca | EDWARD R. MARTIN, JR., D.C. Bar #481866 |
| D.C. Bar No. 501159 | United States Attorney |
| JUDICIAL WATCH, INC. |  |
| 425 Third Street SW, Suite 800 | BRIAN P. HUDAK |
| Washington, D.C. 20024 | Chief, Civil Division |
| Tel.: (202) 646-5172 |  |
| Fax: (202) 646-5199 | *By: /s/Stephen DeGenaro* |
| Email: rcotca@judicialwatch.org | STEPHEN DEGENARO |
|  | D.C. Bar #1047116 |
| *Counsel for Plaintiff* | Assistant United States Attorney |
|  | United States Attorney's Office |
|  | 601 D Street, N.W. |
|  | Washington, D.C. 20530 |
|  | Telephone: (202) 252-7229 |
|  | Email: Stephen.DeGenaro@usdoj.gov |
|  |  |
|  | *Attorneys for the United States of America* |